# IN THE UNITED STATES DISTRICT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# AT NASHVILLE

| | |
|---|---|
| **IN RE: Cases Transferred to TNMD from In re: Taxotere (Docetaxel) Products Liability Litigation, MDL No. 16-2740 (LAED)** | **Judge Campbell**<br>**Magistrate Judge Holmes** |
| **SYLVIA JACKSON**<br><br>v.<br><br>**SANOFI SERVICES, INC.** *et al.* | **Case No. 3:23-cv-00553** |
| **FAYE BYRD**<br><br>v.<br><br>**SANOFI SERVICES, INC.** *et al.* | **Case No. 3:23-cv-01137** |

**FIRST OMNIBUS MODIFIED CASE MANAGEMENT ORDER**

A status/case management conference was held on January 29, 2024. Counsel participating were: Russell Lewis and Pierce Jones for Plaintiff Sylvia Jackson; Rachel Richardson for Plaintiff Faye Byrd; and, Matthew LaPaz and Erin Steelman for Defendants. From the parties' joint status reports (Docket No. 41 in Case No. 3:23-cv-00553 and Docket No. 35 in Case No. 3:23-cv-01137) and discussion during the status conference, it appears that this case is on track with the case management schedule provide for in the Omnibus Initial Case Management Order (Docket No. 32 in Case No. 3:23-cv-00553 and Docket No. 25 in Case No. 3:23-cv-01137). According to the parties' report and statements of counsel, there are currently no known or anticipated discovery

disputes[1] and no matters for the Court's immediate attention, other than Plaintiffs' motions for leave to amend (Docket No. 35 in Case No. 3:23-cv-00553 and Docket No. 30 in Case No. 3:23-cv-01137), which remain under advisement.

Counsel are reminded of the next status/case management conference, which shall be held telephonically using the Court's conference line at 1-877-402-9753, access code 3808663#, on **March 25, 2024, at 2:00 p.m. (CT)**, to address the following: the status of discovery (including any known or anticipated discovery issues or disputes); the prospect for settlement (including propriety of ADR); and, any other appropriate matters. By no later than **two (2) business days** in advance of the next case management conference, the parties must file a joint status report that contains at least the following information: (i) details of the parties' progress toward completion of fact discovery, including the status of written discovery, specifically what written discovery is outstanding and whether any written discovery has been completed, whether depositions have been taken or scheduled, including the number that have been taken and of whom and the number remaining to be taken, including of what particular witnesses and whether those depositions have been scheduled; (ii) whether there are any known or anticipated discovery disputes; (iii) details of the parties' attempts at resolution of the case, including whether the parties have engaged in settlement discussions and whether additional ADR is requested or anticipated; (iv) whether there are any known or anticipated matters that require or may require action by the Court, including a brief description of any such matters[2]; and, (v) any other case management details or issues that

---

[1] The authorizations for release of medical records provided by Plaintiff Faye Byrd were not valid due to lack of a witness signature and date by Plaintiff Byrd. According to counsel, Plaintiff Byrd is in the process of providing revised, valid authorizations. The Court encourages provision of the valid authorizations at the earliest possible date to avoid any delay in discovery.

[2] This includes not only substantive matters such as discovery disputes, but also procedural matters, such as requested modifications of case management deadlines. If modifications of case

the parties wish to bring to the Court's attention. The joint status report must also either (i) affirmatively state that the case is on track according to the case management schedule or (ii) detail the obstacles to the case proceeding on track. Counsel are equally responsible for initiating discussion of these matters for preparation of the joint status report. Any party may request or the Court may set an additional status or case management conference at any time.

All case management provisions and case management deadlines provided for in prior orders and not modified herein remain in full force and effect.

It is SO ORDERED.

_____
BARBARA D. HOLMES
United States Magistrate Judge

---

management deadlines are requested, the status report must be filed as a joint motion, rather than as a notice, and must comply with the requirements for modifications of case management orders as detailed in the Omnibus Initial Case Management Order at para. M.